**Order entered May 25, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00182-CV

### SHOCKTHEORY DLV, INC., Appellant

### V.

### TAVA VENTURES, INC., Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-03195-2020**

## ORDER

Before the Court is appellee's May 21, 2021 unopposed motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **June 23, 2021**. We caution appellee that further extension requests in this accelerated appeal will be disfavored.

/s/    CRAIG SMITH
        JUSTICE